592 So.2d 1342 (1992)
Charles W. MORRIS, Individually and as the Natural Tutor of the Minor, Jason Glynn Morris, et al.
v.
NU-WAY BEVERAGE COMPANY, et al.
Eva Opal RUTH, Individually, and as the Natural Tutrix of the Minor Child, Louis Paul Butler, et al.
v.
FARM BUREAU MUTUAL INSURANCE COMPANY OF ARKANSAS, INC., et al.
Rodney Glynn MORRIS et al.
v.
NU-WAY BEVERAGE COMPANY et al.
No. 92-C-0207.
Supreme Court of Louisiana.
February 21, 1992.
Denied.
WATSON, J., would grant the writ.